# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kala Allred, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13119-DRH-PMF |
| *Lisa Bartos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12754-DRH-PMF |
| *Sandi Cash, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-20067-DRH-PMF |
| *Cheryl Culligan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10866-DRH-PMF |
| *Melissa S. Ferguson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1] | No. 3:09-cv-20120-DRH-PMF |
| *Jennifer Kimbel v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:10-cv-11095-DRH-PMF |
| *Binnie Endean Kurtzner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11288-DRH-PMF |
| *Jennifer Lee, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11832-DRH-PMF |
| *Crystal F. Pantoja v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11326-DRH-PMF |
| *Heather Ratchford v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10369-DRH-PMF |

---

[1] Plaintiff Melissa S. Ferguson a/k/a Melissa Coy.
[2] Plaintiff a/k/a Jennifer Kimbel McGill.

| | |
|---|---|
| *Kathleen Schmidt, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11339-DRH-PMF |
| *Phoebee Sturgis, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13147-DRH-PMF |
| *Jessica Van Epp v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12958-DRH-PMF |
| *Brittany Gazdag v. Bayer HealthCare Pharmaceuticals, et al.* | No. 3:12-cv-10799-DRH-PMF |

### <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 22, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: _/s/*Cheryl A. Ritter*_
**Deputy Clerk**

Date: January 23, 2015

APPROVED:

Digitally signed
by David R.
Herndon
Date: 2015.01.23
12:28:00 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2